# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

PETE'S BIG TVS, INC.,

    Plaintiff,

v.

AG LIGHT AND SOUND INC.,

    Defendant.

Case No. 2:24-cv-00315-APG-NJK

**Order**

Each non-governmental party is required to file a certificate of interested parties concurrently with its first appearance in a case. Fed. R. Civ. P. 7.1(b)(1); Local Rule 7.1-1(c). Plaintiff failed to do so. Accordingly, Plaintiff must file a certificate of interested parties no later than February 21, 2024.

IT IS SO ORDERED.

Dated: February 14, 2024

_____
Nancy J. Koppe
United States Magistrate Judge

1