# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| PETE'S BIG TVS, INC., | Case No.: 2:24-cv-00315-APG-NJK |
| Plaintiff | **Order Striking Certificate of Interested Parties** |
| v. | [ECF No. 5] |
| AG LIGHT AND SOUND INC., | |
| Defendant | |

I ORDER that plaintiff Pete's Big TVs, Inc.'s certificate of interested parties (ECF No. 5) is STRICKEN for failure to comply with Federal Rule of Civil Procedure 7.1(a)(2). The certificate does not identify the citizenship of the plaintiff as required by the amendment to that rule.

I FURTHER ORDER the plaintiff to file a proper certificate of interested parties by February 29, 2024.

DATED this 15th day of February, 2024.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE