# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| PETE'S BIG TVS, INC.,<br><br>  Plaintiff<br><br>v.<br><br>AG LIGHT AND SOUND INC.<br><br>  Defendant | Case No.: 2:24-cv-00315-APG-NJK<br><br>**Order Striking Certificate of Interested Parties** |

I ORDER that defendant AG Light and Sound Inc.'s certificate of interested parties (ECF No. 14) is STRICKEN for failure to comply with Federal Rule of Civil Procedure 7.1(a)(2). The certificate does not fully identify the citizenship of defendant AG Light and Sound Inc. as required by the amendment to that rule.

I FURTHER ORDER the defendant to file a proper certificate of interested parties by April 12, 2024.

DATED this 29th day of March, 2024.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE