# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PETES BIG TVS INC., <br>     Plaintiff(s), <br> v. <br> AG LIGHT AND SOUND INC., <br>     Defendant(s). | Case No. 2:24-cv-00315-APG-NJK <br><br> **Order** |

To date, the parties have not filed a stipulated discovery plan as required by Local Rule 26-1(a). The parties must file a joint discovery plan by June 10, 2024.

IT IS SO ORDERED.

Dated: June 3, 2024

                                                Nancy J. Koppe <br>
                                                United States Magistrate Judge