Zachary P. Takos, Esq., Nevada Bar No. 11293
Steven R. Hart, Esq., Nevada Bar No. 15418
**TAKOS LAW GROUP, LTD.**
10785 West Twain Avenue, Suite 224
Las Vegas, Nevada 89135
Telephone: 702.658.1900
Facsimile: 702.924.4422
Email:  zach@takoslaw.com
          steven@takoslaw.com

*Counsel for Pete's Big TVs, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PETE'S BIG TVS, INC., a Delaware corporation,<br><br>                    Plaintiff,<br><br>v.<br><br>AG LIGHT AND SOUND INC., a Nevada corporation; DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive;<br><br>                    Defendants. | Case No. 2:24-cv-00315-APG-NJK<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO SUBMIT JOINT PRETRIAL ORDER** |

Plaintiff, Pete's Big TVs, Inc. ("Plaintiff"), by and through its counsel of record, Takos Law Group, Ltd. and Defendant AG Light and Sound, Inc. ("Defendant"), by and through its counsel of record, Jacquelyn J. Kelley, Esq., (collectively, the "Parties") jointly and respectfully request an extension of time to submit their Joint Pretrial Order.

On April 30, 2025, the Parties filed their proposed Joint Pretrial Order [ECF No. 28]. On May 2, 2025, the Court issued an Order Rejecting Proposed Joint Pretrial Order [ECT No. 29] and provided guidance to the parties to personally confer as required in Local Rule 16-3, and submit a revised Joint Pretrial Order that complies with Local Rule 16-4 by May 15, 2025. After receiving the Court's Order Rejecting the Proposed Joint Pretrial Order, on May 12, 2025, the parties met and conferred to discuss settlement in detail and addressed each issue highlighted by the Court. Since then, the parties have continued their communications and have been actively working to revise the

1

Joint Pretrial Order in accordance with the Court's directives. This process is ongoing. Accordingly, the parties jointly request an additional week to finalize and resubmit the Joint Pretrial Order.

      WHEREFORE, in accordance with Local Rules 16-3 and 16-4, and in the interest of streamlining trial preparation and presentation and fostering settlement, the parties jointly and respectfully request an extension of the deadline to file a revised Joint Pretrial Order. The parties propose that the new deadline be May 22, 2025.

| | |
|---|---|
| DATED this 15th day of May, 2025. | DATED this 15th day May, 2025. |
| **TAKOS LAW GROUP, LTD.** | **AG PRODUCTION SERVICES, INC.** |
| /s/ *Steven Hart* | /s/ *Jacquelyn Kelley* |
| Steven R. Hart, Esq. | Jacquelyn J. Kelley, Esq. |
| Nevada Bar No. 15418 | Nevada Bar No. 14554 |
| 10785 W. Twain Avenue, Suite 224 | 4660 Berg St., Suite 130 |
| Las Vegas, Nevada 89135 | North Las Vegas, Nevada 89081 |
| *Counsel for Pete's Big TVs, Inc.* | *Counsel for AG Light and Sound, Inc.* |

IT IS SO ORDERED:

Dated: May 16, 2025

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE